## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

In Re:    CONALD WHITAKER, JR              Case No.  3:13-BK-32537-KLP

    PAMELA WHITAKER FKA PAMELA WASHINGTON

Debtor.           Chapter   13


CONALD WHITAKER, Jr.

PAMELA A. WHITAKER

Plaintiffs.

v.                                      APN:    3:16-AP-3268-KLP


SOUTH CENTRAL BANK, NA

JAMES W. DEBOER, TRUSTEE in his capacity as trustee only

    Defendants.


### ORDER ON MOTION FOR DEFAULT AND DEFAULT JUDGMENT

**UPON MOTION BY**, Krumbein Consumer Legal Services, Inc., counsel for Debtor(s), and pursuant to FRBP 7055 says as follows:

### JURISDICTION, VENUE, CORE PROCEEDING

1) This court has jurisdiction pursuant to 28 USC 1441.

2) This is the proper venue pursuant 28 USC 1391.

3) This is a core proceeding pursuant to 28 USC 157.

### PARTIES

4) The movants are the Debtors in the above identified case, as defined by the Bankruptcy Code.

5) Respondents are creditors as defined by the Bankruptcy code.

## **FACTS**.

6) On August 31, 2016, the Plaintiffs filed an adversary proceeding against defendants to determine the priority, extent and validity of 1 lien on the property known as 313 Wilmer Ave in the County of Henrico, VA, with a legal description of

```
ALL THAT CERTAIN LOT, PIECE OR PARCEL OF LAND, WITH
IMPROVEMENTS THEREON AND APPURTENANCES THERETO BELONGING,
LYING AND BEING IN THE COUNTY OF HENRICO, VIRGINIA, AND
DESIGNATED AS LOT 16, BLOCK C, HUNTIONGTON PLACE, AS SHOWN ON
SUBDIVISION PLAT MADE BY J. TEMPLE WADDILL, CERTIFIED LAND
SURVEYOR, DATED OCTOBER 9, 1950, RECORDED IN THE CLERK'S
OFFICE, CIRCUIT COURT, HENRICO COUNTY, VIRGINIA, IN PLAT BOK
23, PAGE 1, AS SAID LOTS HAVE BEEN MODIFIED AS SHOWN ON THAT
CERTAIN PLAT ENTITLED "PLAT SHOWING A REARRANGEMENT OF LOTS
IN HUNTINGTON PLACE," DATED JUNE 12, 2006, A COPY OF WHICH IS
RECORDED IN THE CLERK'S OFFICE AS INSTRUMENT NUMBER 47850, TO
WHICH PLAT REFERENCE IS HEREBY MADE FOR A MORE PARTICULAR
DESCRIPTION.
```

7) A summons was issued on September 1, 2016.

8) Service of the Summons and Complaint was made upon the defendants on September 1, 2016 pursuant to FRBP 7004.

9) James W. DeBoer is an individual, and were served by US Mail pursuant to FRBP 7004.

10) South Central Bankis a Stock corporation, and served by US Mail pursuant to FRBP 7004.

11) South Central Bank appears to be a National Bank and an "Insured Depository Institution", and served by Certified Mail addressed to an officer pursuant to FRBP 7004(h).

12) No answer or responsive pleading has been filed by either party on the Complaint, as noted in the supporting affidavit. See Plaintiffs' Exhibit "A".

13) Defendants are not The United States or an agency thereof.

14) Defendants are not in the military service of the United States.

15) Defendants are therefore in default. The facts are taken as true.

16) Default judgment is appropriate.

## **APPLICABLE LAW**

17) Pursuant to Fed.R.Bankr.Proc. 7055(a), the clerk is empowered to enter a party's default when it has failed to plead or otherwise defend as provided by the Bankruptcy rules, and that fact is made to appear by affidavit or otherwise.

18) On default, the facts alleged are deemed admitted, and the court reviews the law as applied to the facts.

19) Plaintiff seeks to treat the second mortgages as unsecured, and upon discharge, to have them stripped or removed from the liens against the property.

## **RELIEF ORDERED**

THEREFORE, Movants request that the court approve the foregoing motion for the reasons stated above is GRANTED, and it is ORDERED THAT

    a. Default and Default judgment for the plaintiffs against South Central Bank and James W. DeBoer, Trustee, is granted; and

    b. The second mortgage is deemed unsecured, and

    c. Upon completion of the Bankruptcy, this order, along with a discharge shall act as a release.

ENTERED: Dec 6 2016

/s/ Keith L. Phillips
_____
Keith L. Phillips
Judge, US Bankruptcy Court,
Eastern District of Virginia
Richmond Division

Entered on Docket: Dec 8 2016

I ask for this:

/s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSBN 43538
Counsel for the Debtor(s) in Bankruptcy
Krumbein Consumer Legal Services, Inc.
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
Tel: 804.303.0204 Fax: 804.303.0209
jkrumbein@krumbeinlaw.com

**CERTIFICATE OF ENDORSEMENT PURSUANT TO LBR 9022-1**

I certify that all necessary parties have endorsed the foregoing order.

/s/ Jason M. Krumbein, Esq.
Counsel for the Debtor(s) in Bankruptcy

SERVICE LIST

BY ECF:
Jason M. Krumbein, Esq,. Counsel for Plaintiffs

BY US MAIL:
Conald Whitaker, Jr.
313 Wilmer Ave
Richmond, VA 23227

James W. DeBoer,
1st American Title Insurance Co.
5516 Falmouth St. Suite 302
Richmond, VA 23230

South Central Bank, NA
Marc B. Grayson, President
525 W. Roosevelt Ave
Chicago, IL 60607